# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK T. PRENDERGAST, an individual; and CANOPUS BIOPHARMA, INC., a Nevada Corporation<br><br>Petitioners,<br><br>v.<br><br>CASCADE ESTATES, LTD.,<br><br>Respondent. | Case No. CV 19-9768-CBM-AFM(x)<br><br>**JUDGMENT [JS-6]** |

Consistent with the Order re Petition to Confirm Arbitration Award, judgment is entered in favor of Petitioners Patrick Prendergast and Canopus Biopharma, Inc., and against Respondent Cascade Estates, LTD., in the amount of $195,883.23.

DATED: April 9, 2020.

_____

CC:FISCAL

Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE